Certificate Number: 05781-NYS-DE-041484966

Bankruptcy Case Number: 26-22722

05781-NYS-DE-041484966

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2026, at 6:45 o'clock PM PDT, Dmoi Campbell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: September 24, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President